**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Oliver Jackson Schrumpf
Schrumpf & Schrumpf
3801 Maplewood Dr.
Sulphur LA 70663

**REHEARING ACTION: March 9, 2016**

**Docket Number: 15   00837-CA**

**MARILYN WILLIAMS HEDLESKY**
**VERSUS**
**STEVEN HEDLESKY**

**Appealed from Calcasieu Parish Case No. 2009-4392**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Billy Howard Ezell**
**Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marilyn Williams Hedlesky** has this day been

**DENIED.**
Ezell, J., would grant the rehearing

cc: Walter Marshall Sanchez, Counsel for the Appellee
    Thomas Shea, Counsel for the Appellee